THE STATE, JOSEPH HOWELL, PROSECUTOR v. ALBERT K. METZ, COLLECTOR OF THE TOWN OF PHILLIPSBURGH.

The court will not amend an assessment of taxes on the ground that the value of the taxable property is stated at too great a sum, unless it appears that an erroneous principle of valuation was adopted, or it is clearly shown that the valuation was too high.

On *certiorari.* In matter of taxation.

For the prosecutor, *J. F. Dumont.*

For the defendant, *D. A. Depue.*

The opinion of the court was delivered by

BEDLE, J. Two reasons were urged for the reversal or amendment of the assessment in this case. The first, relating to the oath of the assessor required to be annexed to the duplicate by the 14th section of the supplement of 1862, was decided at this term in the case of *The State, Easton Delaware Bridge Co., prosecutors, v. Metz.* It was held in that case that the statute was directory as to the oath, and that it was not a necessity to the assessment.

The other reason was, that the assessment was for too great a value.   It appears that the case was considered by the commissioners of appeal, and although it is possible that the valuation of the property may be too high, from the fact that the evidence before us is conflicting; yet inasmuch as it does not clearly appear that such is the case, we think there is not sufficient evidence of an over value to justify our interference.   It is not shown that any erroneous principle of valuation was adopted.

The assessment must be affirmed. .

ELMER and VAN DYKE, Justices, concurred.

CITED in *State, Trumbull, pros.*, v. *City of Elizabeth*, 10 *Vroom* 250.